UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP ALPHONSE
PLAINTIFF

Legal Mail
Provided to Florida State Prison on
1/8/23 for mailing by

V.                                    CASE NO: 3:21-CV-01738-MCR-ZCB

EVAN MANNERS et. al

DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT

Phillip Alphonse States:

1. I am the Plaintiff in the above-entitled Case. I make this declaration in opposition to defendants' motion for Summary Judgment on my claims concerning the Use of force against me by defendants Manners, Burdett And the failure to intervene by defendants Lingo, Tarner.

2. Prior To the DATE OF incident ABOVE CASE # 3:21-CV-01738-MCR-ZCB Plaintiff was a subject of Abuse By Defendants Manners, Burdett Along with numerous Prison officials at Santa Rosa Main unit Which was Documented On File AT USDC PENSACOLA Division

3. Plaintiff Contends FROM 11/05/20 – 11/15/20 HE was Denied Access to EAT His Meals (Breakfast, Lunch, Dinner) Also From 11/5/20 – 11/15/20 Plaintiff was housed inside his cell (B2105) without Any Cloths, Bedroll, Mattess, Comfort items Which Shows A Pattern OF Abuse leading Up to the date OF 11/21/20.

4. Plaintiff Contends Both Defendants Manners, Burdett Worked in Bravo Dorm During these Dates (Several)

5. On Nov. 21.20 I Plaintiff was escorted Back to my cell from Shower By Sgt. Manners and Other Officers.

6. Upon Being Secured inside cell Sgt. Manner Attempted to Remove the hand restraints Which He Removed one Before Pulling, Yanking my Arm Out the Feeding Box

7. Plaintiff Contends While his Arm is Being Yanked, He's Trying Pull it Back inside the Box. By this time Sgt. Manners is Slamming the Feeding lid Down Repeatedly (Which Video Shows Sgt. Manners Moving up and Down Repeatedly Before Stopping)

8. By this time Plaintiff's hand and wrist is Stuck Where Defendants Manners And Burdett are twisting, Bending Hand, Fingers and Wrist. During this Force Lt. Lingo was Present observing this incident

9. Plaintiff Contends at Some point Defendant Burdett took his hand restraints And Begin to Strike Plaintiff with them (Which could be heard Due to Metal Banging Against Box) Before Sgt. Manners Join Him

10. As Defendants Striking me With hand Restraints I was Screaming informing the Audio "they hitting me with handcuffs" Repeatedly

11. Plaintiff Contends Due to defendants Allegingly Stating I Attempted to Grab officer Which Resulted to Defendants using force Meaning Use of force Should have Been Called in At initial Force used

12. Camera footage shows defendants Approximately anywhere between Ten To Fifthteen Minutes Before Anybody left My Area where incident Occured

13. Plaintiff Can be heard screaming in pain telling Defendants to "Break it Break it" when They were twisting And bending My hand and wrist

14. Plaintiff Contends he recieved treatment Due to this use of force, in which Nurse Brooks Cleaned My wound And provided band-Aid (see defendants Exhibit "E")

15. Plaintiff Filed A Memorandum of law Along with Original ~~Regular~~ Complaint which he will like to be use to support his Facts why Defendants should be denied Summary Judgment

16. Plaintiff will like to use letters Filed to the Courts Containing this incident Along with incidents where Defendants Deprieved Plaintiff His Basic needs prior to incident on Nov. 21. 2020

17. Contrary to defendants' statement of Facts, during these events I did not Attempt to Grab Any officers in Any Fashion, Rather, I tried to Get My Arm Safely Away From defendants Knowing Im a subject ~~of~~ ABuse By defendants And Prison officials at Santa Rosa M/unit.

18. The foregoing Factual Allegations create a genuine Issue of material fact and will, ~~If~~ proved at trial support a Judgment ~~as of ex~~ in my Favor, as explain in this declaration.

Pursuant to 28 U.S.C. § 1746, ~~I~~ declare under penalty of perjury that the foregoing is true And Correct.

Phillip Alphonse 1/4/23

Florida State Prison

Po Box 800,

Raiford, Florida 32083

Northern District of Florida
Pensacola Division

PHILLIP ALPHONSE
        Plaintiff

V.                          CASE NO: 3:21-CV-01738-MCR-ZCB

Evan Manners et.al

### DECLARATION OF PHILLIP ALPHONSE

Phillip Alphonse hereby declares:

I was brought to bravo Dorm From Foxtrot on 11/5/20 in A Restraints Chair, I contend From 11/5/20 Starting Lunchtime I was Denied Access to my Meals (Breakfast, Lunch And Dinner) this Deprivation lasted Approximately 10 days. Also Starting on 11/5/20 I was housed without Mattress, Bedroll, Cloths And Comfort item All the way until 11/18/20 Clearly A Pattern of Abuse. I, Phillip Alphonse Contends Defendants Sgt. Manners And Burdett was Working in Bravo Dorm during Some of there Dates listed. Furthermore, on the date 11/21/20 I, Phillip Alphonse was Being escorted back to my Cell B2105 From Shower, Upon Being inside my cell secured Sgt. Manners Proceeded to Remove the handrestraints But in the process he only Remove One, Before Pulling And yanking my Arm through feeding flap then Slamming Down the lid Repeatedly Against my Right hand, wrist fingers, Once my hand was stuck Between lid And Box, Both Manners And Burdett Begin twisting, Bending, Fingers and wrist, At Some point Burdett Begin Striking Plaintiff with his handrestraints (Which is heard on Audio Along with Plaintiff Screaming "he's hitting my hand with handcuffs")

Exhibit "A"

## DECLARATION OF PHILLIP ALPHONSE

After Burdett Got Done sent, Manners Joined Him And striking my hand with handcuffs, Plaintiff Contend the whole time Lt. Lingo WAS present observing this Misuse of force, Not once Did he intervene on my Behalf. Furthermore, Defendant Turner WAS present on Wing But never said or Doi Anything to Stop this Misuse of Force. Also it WAS Alleged that plaintiff tried to Grab An officer which Supposely ~~harmed~~ Caused use of force, But noBody called the use of Force in until Approximately 15 minutes later. I Contend Defendants Used Unneccessary force Before they Decided to Call it in. Video And Audio Support that Defendant used excessive Force Due to use of Force occurred right Below A camera meaning that Defendant Reviewed incident Due to A use of Force in that Area. Also I File Grievances ABout this complaint which All Three levels Approved the Grievance. Also I wrote letters to United States District Court Northern District Pensacola Division, ABout Being Deprived OF My Basic needs (11/5/20 – 11/15/20, 11/5/20 – 11/28/20) And this complaint Also WAS filed AT United states District Court Northern District Pensacola Division. Also I WAS Sprayed Due to PlaintiFF Realizing his injuries wasn't Being Documented, After Being Seen By Nurse Brooks Plaintiff WAS Provided with Cleanse And ~~Band-Aid to~~ wounds on my Right hand.

I declare under Penalty of Perjury that the Foregoing is true and correct and in good Faith
Phillip Alphonse   1/4/23

General Affidavit

I, Phillip Alphonse, do hereby swear that the following statement is true And correct And made of my own free Will, from my own Personal Knowledge.

1) I, Phillip Alphonse am writing this affidavit to support my claims. I contend I Don't have none of my Discovery Process in My Possesion Due to Prison official throw away my Property,

2) I inform the court Back in August or Sept regarding this issue About Property Which the Courts Denied Motion Asking to order Prison Official to locate my Property

3) I Filed Grievances At each level As inregards to incident inside Complaint Which Defendants, FDC Approved Grievance AT each level

4) I wrote letters to United States District Courts Pensacola About incident on 11/21/20 Along About Incidents on 11/5/20 - 11/15/20 And 11/5/20 - 11/18/20 Which Shows A pattern of Abuse leading up to 11/21/20 incident

5) I Filed A Memorandum of law With My Original Complaint BACK in Oct, 2021 Which I Want to use to Support My Claims Why Defendants Should be denied Summary Judgment

6) Everything filed in response to defendants' Motion for Summary Judgment was done in the best of My Ability And is true and correct

7) I, declare under penalty of perjury that this
true And Correct.


Phillip Alphonse        1|4|23
    Florida state Prison
       PO Box 800
    Raiford, FL 32083

Phillip Alphonso 148733
Florida State prison
PO Box 800
Raiford, FL 32083

**Mailed From A State
Correctional Institution**



US POSTAGE PITNEY BOWES

ZIP 32083  $ 000.87⁰
02 4W
0000385900 JAN. 09. 2024

JAN 1 2 2024

LEGAL MAIL

United State District court
Northern District of Florida
Pensacola Division
1 North Palafox St
Pensacola, FL 32502

LEGAL MAIL ONLY

32502365665 C003

Legal Mail
Provided to Florida State Prison on
1 /8 /23 for mailing by