UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PHILLIP ALPHONSE,
    Plaintiff,

vs.                                          Case No.: 3:21-cv-1738/MCR/ZCB

CAPT. TURNER, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 20, 2024. (Doc. 79). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 79) is adopted and incorporated by reference in this order.

2. The Defendants' Motion for Summary Judgment, (Doc. 66), is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 16th day of August 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**